LAW OFFICES
McCALLA RAYMER, LLC
BANKRUPTCY DEPARTMENT
1544 OLD ALABAMA ROAD
ROSWELL, GEORGIA  30076-2102
TELEPHONE: 770-643-7200
TELEFAX: 866-761-0279
1-800-275-7171

March 11, 2010

Clerk, United States Bankruptcy Court
The Foley Federal Building
300 Las Vegas Blvd. South
Las Vegas, NV  89101

## REQUEST FOR SERVICE OF NOTICES

| | | | |
|---|---|---|---|
| RE: | Debtor(s) | : | Patricia J. Brown |
| | Case Number | : | 09-19774 |
| | Chapter | : | 7 |
| | Secured Creditor | : | Litton Loan Servicing, L.P. |
| | Loan Number | : | XXXX2160 |

Dear Sir / Madam:

   Would you be so kind as to add the following interested party to the mailing / service list in the above referenced case:

   Litton Loan Servicing, L.P.
   c/o McCALLA RAYMER, LLC
   Bankruptcy Department
   1544 Old Alabama Road
   Roswell, Georgia  30076

   Please provide us with a copy of each notice of any proceeding, hearing and/or report in this matter including, but not limited to notices required by Bankruptcy Rules 2002(g) and the Local Rules of the Bankruptcy Court.

   We appreciate your courtesy in this matter.  If you have any questions, please do not hesitate to call me.
                                    Very Truly Yours,

                                    /s/ Alice A. Blanco

                                    Alice A. Blanco, Esquire
                                    c/o McCALLA RAYMER, LLC
                                    1544 Old Alabama Road,
                                    Roswell, GA 30076
                                    Phone : 678-281-6528
                                    Email : AAB@mccallaraymer.com
                                    Attorney Bar No : 062160

   cc: James Lisowski, Sr.
       Anthony DeLuca, Esq.
File Number LITT-09-30860 / 0
Request for Service of Notice