# United States Bankruptcy Court
## District of Nevada

**Case No. <u>09–19774–lbr</u>**
**Chapter 7**

In re: (Name of Debtor)
    PATRICIA J BROWN
    791 DURGOS DR
    HENDERSON, NV 89012

Social Security No.:
    xxx–xx–9168

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

IT IS ORDERED THAT JAMES F. LISOWSKI SR. is discharged as trustee of the estate of the above named debtor(s).

The Chapter 7 case of the above named debtor(s) is closed.

Dated: 6/24/10                                                            BY THE COURT

*Mary A. Schott*

Mary A. Schott
Clerk of the Bankruptcy Court